RECEIVED
IN ALEXANDRIA, LA.

JUN 2 4 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ROBERT TODD GRIFFIN<br>LA. DOC #228558 | CIVIL ACTION NO. 3:12-cv-3163 |
| | SECTION P |
| VS. | |
| | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN TIMOTHY KEITH | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for *habeas corpus* filed by Petitioner Robert Todd Griffin, [doc. # 1], is **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 24th day of _____June_____, 2014, in Alexandria, Louisiana.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE